IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CORIE SPRIGGS, an individual,

        Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, U.S. BANCORP, and LANCE RUDGE,

        Defendants.

Case No. 3:14-cv-01288-BR

**JUDGMENT OF DISMISSAL**

Based on the stipulation of the parties hereto, by and through their respective attorneys, it is hereby

ORDERED AND ADJUDGED that all of plaintiff's claims and

//

//

1 –Judgment of Dismissal

defendants' counterclaim are dismissed with prejudice and without costs or attorney fees to any party.

Dated this 17th day of February, 2015.

_____
Anna J. Brown
United States Judge

2 – Judgment of Dismissal